UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-61101-DPG

HOWARD COHAN,

      Plaintiff,

vs.

TRADER JOE'S EAST INC.
d/b/a TRADER JOE'S #776

      Defendant(s)
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the name of each person, firm, partnership, and corporation that has a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    Howard Cohan – Plaintiff
    Trader Joe's East Inc. – Defendant
    Trader Joe's Company – Parent Company of Trader Joe's East Inc.
    Feinstein & Sorota, P.A. – Counsel for Plaintiff
    Mark. D. Feinstein, Esq. – Counsel for Plaintiff
    Law Office of Neil S. Odessky, P.A. – Counsel for Plaintiff
    Neil S. Odessky, Esq. – Counsel for Plaintiff
    Gordon & Rees Scully Mansukhani – Counsel for Defendant
    David M. Gersten, Esq. – Counsel for Defendant
    Eric R. Thompson, Esq. – Counsel for Defendant

Trader Joe's East Inc. is a privately held corporation and is a subsidiary of Trader Joe's Company. Further, no publicly held corporation owns 10% or more of its stock.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

GORDON & REES
SCULLY MANSUKHANI

By: *s/ David M. Gersten*
David M. Gersten
dgersten@gordonrees.com
Florida Bar No. 205801
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON & REES
SCULLY MANSUKHANI
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4300
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Attorneys for Defendant Trader Joe's East Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys identified on the following Service List.

*s/ David M. Gersten*
David M. Gersten, FBN 205801

**Service List**

| | |
|---|---|
| Mark. D. Feinstein, Esq. | Neil S. Odessky, Esq. |
| fspa@fspalaw.com | odesskylawpleadings@gmail.com |
| Feinstein & Sorota, P.A. | Law Office of Neil S. Odessky, P.A. |
| 7901 S.W. 6th Court, Suite 305 | 7901 S.W. 6th Court, Suite 305 |
| Plantation, Florida 33324 | Plantation, Florida 33324 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |